IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

_____
                                                    )
IN RE APPLICATION OF USA PURSUANT    )          MISC. NO. 2:22-mc-00294
TO 18 U.S.C. § 3512 FOR ORDER FOR        )
COMMISSIONER'S APPOINTMENT FOR       )
Switzerland's investigation into the insolvency of )
National Bank Trust                                      )
_____)

NOTICE OF COMPLETION OF COMMISSION

I, Katherine Orville, Assistant United States Attorney, United States Attorneys Office,

having been appointed commissioner by order of this Court filed on May 2, 2022, for the

purpose of taking evidence in accordance with the above-captioned request, notify the Court that

I have completed the requirements of such appointment to the extent possible.


June 23, 2022                                    Respectfully submitted,

                                                    COREY F. ELLIS
                                                    UNITED STATES ATTORNEY

                                                    By: /s/ Katherine Orville
                                                    Katherine Anne Orville (Fed. ID # 13332)
                                                    Assistant United States Attorney
                                                    151 Meeting Street, Suite 200
                                                    Charleston, South Carolina 29401
                                                    Tel.: (843) 727-4381
                                                    Fax: (843) 727-4443
                                                    Email: Katherine.Orville@usdoj.gov